**Karla Del Pozo García**
Managing Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

February 13, 2024

<u>VIA ECF</u>



The Honorable Andrew Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *DiMeglio v. The Pro's Closet, Inc.;* Case No. 1:23-cv-09244-ALC

Dear Judge Carter:

We represent Defendant The Pro's Closet ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from February 13, 2024 to March 29, 2024.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: February 13, 2024
New York, NY